**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE: | **CHAPTER 13** |
| | **CASE NO:18-32413** |
| MARY A GILES | **JUDGE JOEL D. APPLEBAUM** |
| **Debtor(s)** | |
| _____/ | |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

For her response, the Debtor states:

1. Admitted.

2. Denied for the reason the same is untrue. Debtor has temporarily lost social security income for her son and is working to get said benefits reinstates. During this time, Debtor has made partial payments to the Chapter 13 Trustee and plans to amend her Chapter 13 plan when her income has stabilized.

3. Admitted.

WHEREFORE, the Debtor prays that this court will deny the trustee's motion.

Dated: Wednesday, March 17, 2021        /s/ James L Gutting
       James L. Gutting (P49912)
       Attorney for Debtor
       601 West Corunna Avenue Suite A
       Corunna, Michigan 48817
       (989) 743-1188
       attyjamz@mac.com